UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

William A. Rankin,

          Plaintiff,      Case No. 24-12319

v.                               Judith E. Levy
                               United States District Judge

Brian Lavan and Associates, PC,
*et al.*,                         Mag. Judge Curtis Ivy, Jr.

         Defendants.

_____/

**ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS, STRIKING PLAINTIFF'S MOTION [4] AND DISMISSING CASE WITHOUT PREJUDICE**

On September 5, 2024, Plaintiff William Rankin filed an application to proceed *in forma pauperis*, which is a request to proceed without prepaying the fees and costs for this litigation. (ECF No. 2).

Federal courts "may authorize the commencement . . . of any suit, action or proceeding . . . without prepayment of fees . . . by a person who submits an affidavit that includes a statement . . . that the person is unable to pay such fees." 28 U.S.C. § 1915(a)(1). Plaintiff's application

indicates that he and his spouse together have a total monthly income of $19,590.00 and have $4,143.93 in monthly expenses. (ECF No. 2, PageID.47–50.) Plaintiff states that he and his spouse receive about $26,000.00 a month in "Other" income, but does not explain the source of this income. (*Id.* at PageID.47.)

Given Plaintiff's financial resources, the Court finds that Plaintiff does not satisfy the requirements under 28 U.S.C. § 1915(a)(1), and his application to proceed without prepayment of fees (ECF No. 2) is denied.

Additionally, Plaintiff is an enjoined filer in the Eastern District of Michigan. (Case No. 5:23-cv-12183, ECF No. 23.) No further filings will be accepted from Plaintiff absent an order from the Court. In order to obtain permission to file a motion or new case, Plaintiff must certify that the filings he presents have not been raised and disposed of in this Court or in the Court of Appeals and that they set forth a claim for relief. (*Id.*) Plaintiff must also present the basis for that claim. (*Id.*)

The Court reviewed Plaintiff's complaint and motion. (ECF Nos. 1, 4.) Plaintiff's complaint and motion does not comply with the requirements in the April 24, 2024 order. Accordingly, the motion (ECF

No. 4) is STRICKEN and Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: October 22, 2024      s/Judith E. Levy
     Ann Arbor, Michigan     JUDITH E. LEVY
                                          United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 22, 2024.

                                        s/William Barkholz
                                        WILLIAM BARKHOLZ
                                        Case Manager